UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAM HOUT, | NO. SACV 06-773 VBF (RNBx) |
|     Plaintiff, | |
|         v. | **JUDGMENT** |
| EDWARD T. SCHAFER,<br>Secretary of Agriculture, | |
|     Defendant. | Hon. Valerie Baker Fairbank |

///

///

Pursuant to this Court's orders dated June 24, 2008 and July 28, 2008,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's claims of discrimination in violation of the Age Discrimination in Employment Act and Title VII of the Civil Rights Act, "breach of contractual promises," "destruction of records," and negligence be dismissed with prejudice and that judgment be entered in favor of Defendant Edward T. Schafer, Secretary of the Department of Agriculture, with each side to bear its own costs.

SO ORDERED this  4th  day of  August , 2008

_____
VALERIE BAKER FAIRBANK
U.S. District Court Judge

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

      /S/
_____
DAVID A. DeJUTE
Assistant United States Attorney

Attorneys for Federal Defendant